**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JESSICA DAWN PIDGEON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  4:26-CV-00328-O** |
| | § | |
| **THE PRUDENTIAL INSURANCE** | § | |
| **COMPANY OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Defendants' Second Unopposed Motion for Extension of Time to Answer or Otherwise Respond (ECF No. 9) filed on June 9, 2026. Having reviewed the Motion, and noting it is unopposed, the Court finds good cause for the Motion to be **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' deadline to file an answer is extended to **June 26, 2026**.

**SO ORDERED** on this **10th day** of **June 2026**.


Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**